John R. Tomlinson, Jr., Esq.
Abigail Z. Jin, Esq.
BAROKAS MARTIN & TOMLINSON
1422 Bellevue Avenue
Seattle, Washington 98122
(206) 621-1871

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES for the use and benefit of TERAS CONSTRUCTION, LLC, a Washington limited liability company,<br><br>Plaintiff,<br>v.<br><br>DIVERSIFIED MAINTENANCE SYSTEMS, INC., a Utah corporation; and HARTFORD FIRE INSURANCE COMPANY, a foreign corporation,<br>Defendants | No.: 2:16-cv-00150 JLR<br><br>**STIPULATION AND AGREED ORDER EXTENDING STAY** |

### I.  STIPULATION

COME NOW the parties to this action, by and through their undersigned counsel, and stipulate to the entry of an Order extending the Stay currently in place in this matter so that the pending Arbitration proceedings in Utah may be completed. Plaintiffs filed this Miller Act complaint on February 1, 2016, against the Defendants. All parties agreed to hold this action in abeyance until December 31, 2016, to allow arbitration between the parties in the state of Utah to proceed. On December 23, 2017, this Court entered an Order Extending the Stay to April 30, 2017, again to allow arbitration between the parties in the state of Utah to proceed. That arbitration concerns the underlying facts in the instant action.

STIPULATION AND AGREED ORDER EXTENDING STAY
- 1

BAROKAS MARTIN & TOMLINSON
ATTORNEYS AT LAW
1422 BELLEVUE AVENUE
SEATTLE, WASHINGTON 98122
TELEPHONE (206) 621-1871
FAX (206) 621-9907

Dependent upon the outcome of the Utah arbitration proceedings, the underlying action likely shall become moot. The parties appointed arbitrator retired which caused a delay in the proceedings while a new arbitrator was located. One deposition remains to be taken and then the arbitration may be commenced. Counsel in Utah advises that the proceeding in Utah requires approximately another one hundred and twenty (120) days for completion. Therefore, the parties have agreed to hold this action in abeyance for an additional one hundred and twenty (120) days, until August 31, 2017.

## II. ORDER

THIS MATTER having been stipulated to by the parties, it is hereby **ORDERED AND ADJUDGED** that the stay in this matter shall be extended until August 31, 2017, by which time the Plaintiffs will inform the Court of the arbitration result and, dependent upon that result, dismiss this lawsuit.

DONE IN OPEN COURT THIS 26 day of April, 2017.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

Presented By:

BAROKAS MARTIN & TOMLINSON

By: _/s/ John R. Tomlinson, Jr._
John R. Tomlinson, Jr., WSBA #14124
Abigail Z. Jin, WSBA #43962
Attorney for Plaintiffs

LAW OFFICES OF RALPH C. POND, PLLC

By: _/s/ Ralph C. Pond_
Ralph C. Pond, WSBA #11934
Attorney for Defendants

STIPULATION AND AGREED ORDER EXTENDING STAY - 2

BAROKAS MARTIN & TOMLINSON
ATTORNEYS AT LAW
1422 BELLEVUE AVENUE
SEATTLE, WASHINGTON 98122
TELEPHONE (206) 621-1871
FAX (206) 621-9907