# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES, for the use and benefit of TERAS CONSTRUCTION, LLC<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED MAINTENANCE SYSTEMS, INC., et al.,<br><br>Defendants. | CASE NO. C16-0150JLR<br><br>ORDER DIRECTING A RESPONSE AND SCHEDULING A TELEPHONIC STATUS CONFERENCE |

Before the court is Plaintiff's "Notice to Court of Case Status." (Notice (Dkt. # 16).) Plaintiff asks the court to lift the stay and states that it has been unable to schedule an arbitration with Defendants in Utah over the past year and a half. (*Id.* at 1.) The court ORDERS Defendants to file a response to Plaintiff's notice no later than September 18, 2017. Defendants shall limit their response to no more than three pages. In addition, the court SCHEDULES a telephonic status conference on September 20,

ORDER - 1

2017, at 10:00 a.m. The court's courtroom deputy will contact counsel regarding logistical arrangements for the telephone conference.

Dated this 7th day of September, 2017.

JAMES L. ROBART
United States District Judge