THE HONORABLE JAMES L. ROBART

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERAS CONSTRUCTION, LLC, et al., | No. 2:16-CV-150-JLR |
| Plaintiff(s) | |
| v. | **STIPULATION AND ORDER AUTHORIZING SUBSTITUTION OF COUNSEL** |
| H&H DMS JOINT VENTURE; H&H BUILDERS, INC.; DIVERSIFIED MAINTNANCE SYSTEMS, INC.; and HARTFORD FIRE INSURANCE COMPANY (Bond No. 9000-0045) | |
| Defendants | |

## STIPULATION

It is stipulated by and among all parties hereto that Gibbons & Associates, P.S. may substitute for The Law Offices of Ralph C. Pond, PLLC as local counsel for Defendants in this matter, due to Mr. Pond's retirement from the practice of law.

The Law Offices of Ralph C. Pond, PLLC
777 108th Ave. N.E., #2240
Bellevue, WA 98004
(206) 334-7706

Page | 1

1  DATED December 20, 2017.

2  /s/ *John R. Tomlinson, Jr.*
3  John R. Tomlinson, Jr.
   Barokas, Martin & Tomlinson
4  1422 Bellevue Ave.
   Seattle, WA 98122
5  Telephone: (206) 621-1871
   Email—jrt@bmatlaw.com
6  ATTORNEYS FOR PLAINTIFF(S)

7

8

9  /s/ *Ralph C. Pond*
   Ralph C. Pond
10 The Law Offices of Ralph C. Pond, LLC
   777 108th Ave. N.E., #2240
11 Bellevue, WA 98004
   Telephone (208) 462-5645
12 Email – ralph@ralphpondlaw.com
   WITHDRAWING ATTORNEY FOR DEFENDANTS
13

14

15 /s/ *Steven V. Gibbons*
   Steven V. Gibbons
16 Gibbons & Associates, P.S.
   601 Union St., Ste. 2600
17 Seattle, WA 98101-4000
   Telephone (206) 381-3340
18 Email - svg@gibbonslawgroup.com
   SUBSTITUTING ATTORNEY FOR DEFENDANTS
19

20

21

22

23

24

25 The Law Offices of Ralph C. Pond, PLLC            Page | 2
   777 108th Ave. N.E., #2240
26 Bellevue, WA 98004
   (206) 334-7706

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that Gibbons & Associates, P.S. shall be substituted as counsel of record for Defendants in this matter.

Dated this 20th day of December, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE