1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                  AT SEATTLE
9

10   UNITED STATES, for the use and          CASE NO. C16-0150JLR
     benefit of TERAS
11   CONSTRUCTION, LLC,                       ORDER TO SHOW CAUSE

12                        Plaintiff,
13              v.

14   DIVERSIFIED MAINTENANCE
     SYSTEMS, INC., et al.,
15
                         Defendants.
16

17        The court stayed this matter on May 12, 2016, pending the outcome of an

18   arbitration in a foreign jurisdiction.  (Stay Order (Dkt. # 11).)  On September 20, 2017,

19   the court extended the stay for an additional six months and ordered the parties to file a

20   joint status report no later than March 20, 2018.  (Min. Entry (Dkt. # 19).)  The parties

21   failed to file a status report as the court directed.  (*See generally* Dkt.)  Accordingly, the

22   court ORDERS the parties to file a joint status report concerning the underlying

arbitration and the status of this case no later than Monday, April 2, 2018.  In addition, as a part of their April 2, 2018, joint status report, the court ORDERS the parties to show cause why the court should not impose sanctions for their failure to obey the September 20, 2017, order.

Dated this 28th day of March, 2018.

JAMES L. ROBART
United States District Judge