UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, for the use and benefit of TERAS CONSTRUCTION, LLC,<br><br>Plaintiff,<br>v.<br><br>DIVERSIFIED MAINTENANCE SYSTEMS, INC.,<br><br>Defendant. | CASE NO. C16-0150JLR<br><br>ORDER EXTENDING STAY |

Before the court is the parties' joint status report and response to the court's order to show cause. (*See* JSR (Dkt. # 25); *see also* OSC (Dkt. # 24).) The parties state that they have agreed to mediate the underlying arbitration on April 3, 2018, and to re-set the dates for the arbitration "on an immediate basis" if they are unsuccessful in reaching settlement. (JSR at 1-2.) On this basis, they ask the court to extend the stay in this case to August 1, 2018. (*Id.* at 2.) The court GRANTS this joint request and extends the stay

to August 1, 2018.  The court also ORDERS the parties to file a joint status report within one week of any settlement or other resolution of the underlying arbitration, but in any event by no later than August 1, 2018.

The court also reviewed the parties' response to the court's order to show cause why the court should not impose sanctions for the parties' failure to timely file a March 20, 2018, joint status report as the court directed in its September 20, 2017, order.  (*See* JSR at 2-3.)  Based on their response, the court declines to impose sanctions on the parties at this time.  The court cautions, however, that any further noncompliance with the court's orders is likely to result in sanctions.

Dated this 4th day of April, 2018.

JAMES L. ROBART
United States District Judge