| | |
|---|---|
| 1 | John R. Tomlinson, Jr., Esq.<br>BAROKAS MARTIN & TOMLINSON<br>1000 Second Avenue, Suite 3660<br>Seattle, Washington 98104<br>(206) 621-1871 |

**THE HONORABLE JAMES L. ROBART**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES for the use and benefit of TERAS CONSTRUCTION, LLC, a Washington limited liability company,<br><br>                                   Plaintiff,<br>v.<br><br>DIVERSIFIED MAINTENANCE SYSTEMS, INC., a Utah corporation; and HARTFORD FIRE INSURANCE COMPANY, a foreign corporation,<br><br>                                   Defendants | No.: 2:16-cv-00150-JLR<br><br>~~[PROPOSED]~~ **STIPULATION FOR AND ORDER OF DISMISSAL**<br><br>*[Clerk's Action Required]* |



## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, TERAS CONSTRUCTION, LLC, and Defendants, DIVERSIFIED MAINTENANCE SYSTEMS, INC., a Utah corporation, and HARTFORD FIRE INSURANCE COMPANY, a foreign corporation, that all of Plaintiff's claims against all Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

*[PROPOSED]* STIPULATION FOR AND ORDER OF DISMISSAL - 1

BAROKAS MARTIN & TOMLINSON
ATTORNEYS AT LAW
1000 SECOND AVENUE, SUITE 3660
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-1871
FAX (206) 621-9907

DATED: June 15, 2018

BAROKAS MARTIN & TOMLINSON

By: /s/ John R. Tomlinson, Jr.
John R. Tomlinson, Jr., WSBA #14124
Attorney for Plaintiffs

GIBBONS & ASSOCIATES, P.S.

By: /s/ Steven V. Gibbons
Steven V. Gibbons, WSBA #14028
Attorney for Defendants

### ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against all Defendants are dismissed with Prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 16 day of June, 2018.

THE HONORABLE JAMES L. ROBART

[PROPOSED] STIPULATION FOR AND ORDER OF DISMISSAL - 2

BAROKAS MARTIN & TOMLINSON
ATTORNEYS AT LAW
1000 SECOND AVENUE, SUITE 3660
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-1871
FAX (206) 621-9907

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I electronically filed the foregoing document *([Proposed]* Stipulation for and Order of Dismissal*)* with the Clerk of the court using the CM/ECF System, which will send notification of such filing to the following via electronic service:

> Steven V. Gibbons
> Gibbons & Associates, P.S.
> 601 Union St., Ste. 2600
> Seattle, WA 98101-4000
> Telephone (206) 381-3340
> Email - svg@gibbonslawgroup.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 15th of June, 2018, at Seattle, Washington.

*/s/ Lisa Sebree*
Lisa Sebree

[PROPOSED] STIPULATION FOR AND ORDER OF DISMISSAL - 3

BAROKAS MARTIN & TOMLINSON
ATTORNEYS AT LAW
1000 SECOND AVENUE, SUITE 3660
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-1871
FAX (206) 621-9907